■ LORAINE COPLEY et al., Petitioners, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents. — Order, State Division of Human Rights re: Loraine Copley, dated May 23, 1983, unanimously confirmed, without costs and without disbursements; and the purported appeal re: Dorothy Klemm unanimously dismissed for lack of jurisdiction, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sandler, Fein, Milonas and Alexander, JJ.

■ MARCIE GOLDBERG, Respondent, v EUGENE H. CORLEY, Appellant, et al., Defendants. — Order, Supreme Court, Bronx County (Alfred Callahan, J.), entered on September 16, 1983, unanimously affirmed, without prejudice to renewal after completion of discovery. Respondent shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur — Sullivan, J. P., Ross, Carro, Bloom and Kassal, JJ.

■ DUNDEE EQUITY CORPORATION et al. v ROBERT JOHNSTON. (And Nine Other Actions.) — Motion, insofar as it seeks leave to intervene and to reargue an order of this court as intervenor-appellant, granted and, upon reargument, this court adheres to its original determination; and, insofar as it seeks leave to appeal to the Court of Appeals, motion denied. Concur — Murphy, P. J., Sullivan, Bloom, Fein and Milonas, JJ.

■ DUNDEE EQUITY CORPORATION et al. v ROBERT JOHNSTON. (And Nine Other Actions.) — Motion, insofar as it seeks reargument, granted and, upon reargument, this court adheres to its original determination; and, insofar as it seeks leave to appeal to the Court of Appeals, motion denied. Concur — Murphy, P. J., Sullivan, Bloom, Fein and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v EDWARD CIRILO. — Motion to discontinue appeal as moot denied and assigned counsel directed to file brief pursuant to *People v Saunders* (52 AD2d 833). Concur — Murphy, P. J., Kupferman, Asch, Silverman and Fein, JJ.